UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RAEGINA A. HEALY,

                Plaintiff,

  -against-

JZANUS LTD.,

                Defendant.
---------------------------------------------------------------X

JUDGMENT
02-CV-1061 (DLI)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ APR - 0    ★

P.M. _____
TIME A.M. _____

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on April 4, 2006, granting defendant's motion for summary judgment; and dismissing the action; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted; and that the action is dismissed.

Dated: Brooklyn, New York
       April 05, 2006

Robert C. Heinemann
Clerk of Court

By: _____
Terry Vaughn
Chief Deputy Clerk
for Operations